JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
SYLVIA CHIU (Bar No. 269844)
sylvia.chiu@dentons.com
ALEXANDER B. GIRALDO (Bar No. 311012)
alexander.giraldo@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
**OTIS ELEVATOR COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MCGUIRE, <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC; OTIS ELEVATOR COMPANY, and DOES 1 - 25, <br><br> Defendants. | CASE NO. 2:19-cv-05795 JAK (PLAx) <br><br> Assigned to: Judge John A. Kronstadt <br><br> Referred to: Magistrate Judge Paul L. Abrams <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed: May 17, 2019 <br> Date Removed: July 8, 2019 <br> Trial Date: None Set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

IT IS SO ORDERED.

*/s/ Paul L. Abrams*

Dated: January 21, 2020

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

- 1 -
ORDER RE STIPULATED PROTECTIVE ORDER
CASE NO. 2:19-cv-05795 JAK (PLAx)